# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2007

134659

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DONALD F. BASQUIN, JR.,
              Plaintiff-Appellee,

v

SC: 134659
COA: 274855
Oakland CC: 2005-069597-PD

EVAN MENKEN, Personal
Representative of the Estate
of Bruce S. Menken,
              Defendant,

and

SHELLEY STASSON,
              Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the July 25, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2007

_____
                Clerk